UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

APRIL TAULBEE,

                Plaintiff,

    -v-

D'YOUVILLE COLLEGE

                Defendant.

_____

**STIPULATION OF DISMISSAL**

Civil No. 1:21-cv-00228

**IT IS HEREBY STIPULATED** by and between the parties to this action, through their counsel, that the above-captioned action against Defendant be dismissed in its entirety, with prejudice, and with each party waiving all rights of appeal.

_/s Danielle K. Crowley_____
Lisa A. Coppola, Esq.
Danielle K. Crowley, Esq.
THE COPPOLA FIRM
4033 Maple Road, Suite 100
Buffalo, NY  14226
lcoppola@coppolalegal.com
dcrowley@coppolalegal.com
Tele: (716) 839-9700
Attorneys for Plaintiff

Dated:  May 15, 2024

_____
James J. Rooney, Esq.
Bond, Schoeneck & King, PLLC
Avant Building, Suite 900
200 Delaware Avenue
Buffalo, NY 14202
rooneyj@bsk.com
(716) 416-7000
Attorneys for Defendant

Dated:  June 7, 2024